AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

TODD M. CHISM and NICOLE C. CHISM, individually and as husband and wife,

                      Plaintiffs,

                 v.

STATE OF WASHINGTON, by and through the WASHINGTON STATE PATROL; RACHEL E. GARDNER, individually; and JOHN SAGER, individually,

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-25-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order entered on January 8, 2010, Ct. Rec. 89, Defendants Gardner and Sager are awarded judgment as a matter of law on the federal constitutional violations asserted against them by Plaintiffs.

| | |
|---|---|
| January 8, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |