AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TODD M. CHISM and NICOLE C. CHISM,

                    Plaintiffs,

    v.

RACHEL E. GARDNER, JOHN SAGER, et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-025-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the terms of the Offer of Judgment (ECF No. 147). Judgment is entered in favor of Plaintiffs and against the Defendants in the amount of Two Million Four Hundred Thousand Dollars ($2,400,000.00). This judgment includes attorney fees and costs.

| | |
|---|---|
| June 19, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |